

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 OCT 27  AM 10: 12

LORETTA G. WHYTE
CLERK

#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF LOUISIANA

**MISDEMEANOR**

#### BILL OF INFORMATION FOR
#### MAKING FALSE ENTRIES IN UNION RECORDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. **10-303** |
| v. | * | SECTION: **SECT. S MAG. 3** |
| CHARLES FLEMING | * | VIOLATION: 29 U.S.C. § 439(c) |
| | * * * | |

The United States Attorney charges that:

#### COUNT 1

From in or about April, 2004 to in or about September, 2006, in the Eastern District of Louisiana, and elsewhere, the defendant, **CHARLES FLEMING,** while serving as an officer, that is, president of the Boilermakers Lodge No. 1814, a labor organization engaged in an industry affecting commerce as defined under Title 29, United States Code, Sections 402(i) and (j), did knowingly and willfully make and caused to be made a false entry in records, reports and statements required to be kept by Title 29, United States Code, Section

Fee  USA
✓ Process
x Dktd
___ CtRmDep
___ Doc. No.

436, in that the defendant, **CHARLES FLEMING,** submitted and caused to be submitted lost time vouchers and monetary claims for reimbursement with local union 1814 which the defendant knew to be false; all in violation of Title 29, United States Code, Section 439(c).

JIM LETTEN
United States Attorney
Louisiana Bar Roll Number 8517

JAN MASELLI MANN
First Assistant U.S. Attorney
Louisiana Bar Roll Number 9020

PETER M. THOMSON
Assistant United States Attorney
Louisiana Bar Roll Number 2147

New Orleans, Louisiana
October 18, 2010

No. _____

# United States District Court

FOR THE

EASTERN  DISTRICT OF  LOUISIANA

---

UNITED STATES OF AMERICA

vs.

**CHARLES FLEMING**

---

BILL OF INFORMATION

**BILL OF INFORMATION FOR MAKING FALSE ENTRIES IN UNION RECORDS**

---

VIOLATION: 29 United States Code, Section 439(c)

---

Filed _____, 2010

_____, Clerk

By _____, Deputy

_____
PETER M. THOMSON
Assistant United States Attorney