PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☑ INFORMATION ☐ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

CASE NO. **10-303**

USA vs.
Defendant: CHARLES FLEMING

Address:

**SECT. S MAG. 3**

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Evelyn W. Young
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3037

Name of Asst. U.S. Attorney (if assigned): Peter M. Thomson

☐ Interpreter Required   Dialect: ____

Birth Date: 1954
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: XXX-XX-8262

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Department of Labor/OLMS

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Avondale   County: Jefferson Parish

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Provino C. Mosca, Esq.
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 3 | Title 29, U.S.C., Section 439(c) | BILL OF INFORMATION FOR MAKING FALSE ENTRIES | 1 |
|  |  | IN UNION RECORDS |  |